IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ALLEN,

        Plaintiff,                      No. 2:12-cv-1583 AC P

    vs.

T. VIRGA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a motion for extension of time to file a response to the December 10, 2012 motion to dismiss.  A review of the docket of this case reveals that plaintiff has very recently been transferred from California State Prison-Sacramento to Salinas Valley State Prison.  Evidently there has not been enough time for him to be reunited with his property.  Plaintiff seeks both an extension of time and an order from the court directing New Folsom State Prison (CSP-Sac) to send him all of his property.

        It has been this court's experience that it takes six or more weeks for an inmate's personal property (including legal property) to catch up with him upon his transfer.  Therefore, the court will grant plaintiff additional time to allow for his property to reach him before his opposition will be due.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's January 14, 2013 motion for an extension of time (Doc. No. 17) is granted;

2. Plaintiff is granted 60 days from the date of this order in which to file a response to the December 10, 2012 motion to dismiss.

DATED: January 16, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/md
alle1583.36