UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>T. VIRGA, et al.,<br><br>    Defendants. | No. 2:12-cv-1583 TLN AC P<br><br><br>ORDER |

     Plaintiff has moved the court to rescind its order granting plaintiff's request for an extension of time to file objections to the June 12, 2013 findings and recommendations. ECF No. 40. By order filed on July 9, 2013, plaintiff was granted an extension of time of twenty-eight days to file any such objections. ECF No. 39. As that period of time has now expired, the request is moot.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to rescind its previous extension of time, ECF No. 40, is denied as moot.

DATED: August 7, 2013

                                            _/s/ Allison Claire_<br>
                                            ALLISON CLAIRE<br>
                                            UNITED STATES MAGISTRATE JUDGE

AC:009 alle1583.36r