# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KEVIN ALLEN,                                          No. 2:12-cv-1583 TLN AC P

      Plaintiff,

  v.

T. VIRGA, et al.,
                                 **ORDER & WRIT OF HABEAS CORPUS**
      Defendants.                  **AD TESTIFICANDUM**

Kevin Allen, CDCR # K-41879, a necessary and material witness in a settlement conference in this case on June 4, 2015, is confined in Salinas Valley State Prison (SVSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, June 4, 2015 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE